# SIMON■LESSER PC

Leonard F. Lesser
llesser@simonlesser.com

Simon■Lesser PC
Counsellors at Law
355 Lexington Avenue, 10th Floor
New York, New York 10017
T: 212.599.5455
F: 212.599.5459

May 11, 2021

<u>By ECF</u>

Hon. Paul G. Gardephe
United States District Court, SDNY
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Cibanco, S.A. v. Oceanside Glasstile Co.*, **20-cv-09972 (PGG)**

Dear Judge Gardephe:

The undersigned represents plaintiff Cibanco, S.A. in the above-referenced matter.

Pursuant to Rules I(A) and I(E) of the Court's Individual Practices, I submit this letter application, on behalf of both parties, to adjourn the Initial Conference in this case which is currently scheduled for May 13, 2021 at 10:30am, to May 27, 2021.

The reason for the adjournment request is twofold. First, due to a personal issue, I had to travel out of state, and will not be able to return to New York before Thursday's scheduled conference. Second, the parties have been continuing their settlement discussions and request the two additional weeks to attempt to move those discussions forward in hope of resolving the matter.

This would be the second adjournment of the Initial Conference, which had been originally scheduled for April 8.

The parties also jointly respectfully request that the Initial Conference be held remotely once rescheduled pursuant to this joint application. A copy of the parties' Stipulation seeking the adjournment and remote access, is submitted herewith.

Respectfully submitted,

Leonard F. Lesser

MEMO ENDORSED

The application is granted. The conference previously scheduled for May 13, 2021 is adjourned to **May 27, 2021 at 10:00 a.m. by telephone.**
The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
May 12, 2021