UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIBANCO, S.A., I.B.M., as Trustee of the
Trust Agreement Irrevocable number CIB/2989,

                              Plaintiff,

                     -against-

OCEANSIDE GLASSTILE CO.,

                              Defendant.

**ORDER**

20 Civ. 9972 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will engage in settlement discussions over the next forty-five days. On or before **July 12, 2021**, the parties will submit a joint letter concerning the status of settlement negotiations. If the parties have not settled by that time, this Court will enter a case management plan.

Dated:  New York, New York
         June 2, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge